SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| DEBRA LYNN WIEDMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:18-cv-02697-DMC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of May 28, 2019.

    This extension (30 days) is requested because the brief writer has an extremely full briefing schedule for the week and needs additional time to review the transcript prior to filing the Motion for Summary Judgment.

| | | |
|---|---|---|
| DATED: April 25, 2019 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

| | | |
|---|---|---|
| DATED: April 25, 2019 | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Regional Chief Counsel, Region IX |
| | | |
| | | */s/ Carol S. Clark* |
| | | CAROL S. CLARK, |
| | | (As authorized via E-mail on 4/24/19) |
| | | Special Assistant U S Attorney |
| | | Attorneys for Defendant |

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| DEBRA LYNN WIEDMAN, | Case No.: 2:18-cv-02697-DMC |
| Plaintiff, | |
| vs. | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before May 28, 2019.

SO ORDERED.

Dated: April 25, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE