McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBRA LYNN WIEDMAN, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-02697-DMC <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate that Defendant's time to respond to Plaintiff's Motion for Summary Judgment in shall be extended by 21 days, from June 27, 2019 to July 18, 2019.

    This is Defendant's first request for an extension. Counsel for Defendant requests this extension because she has been out of the office due to medical procedures and an unexpected family death and therefore requires additional time to prepare her brief. Counsel for Defendant has conferred with counsel for Plaintiff, who has no objection to this request. Counsel for Defendant apologizes for any inconvenience to the Court or Plaintiff caused by this extension.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 27, 2019 | | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | */s/ Carol S. Clark*<br>CAROL S. CLARK<br>Special Assistant United States Attorney<br>Attorneys for Defendant |
| | | */s/ Shellie Lott*<br>SHELLIE LOTT<br>Attorney for Plaintiff<br>(as authorized by email on June 25, 2019) |

## **ORDER**

Pursuant to the parties' stipulation, Defendant's request for an extension is granted. Defendant's response to Plaintiff's motion shall be filed on or before July 18, 2019. Other deadlines will be adjusted accordingly.

Dated: June 27, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE